GUHRING INC  
1445 Commerce Ave  
BROOKFIELD WI 53045

7014-0071  
ORG1:8505 Nichols  
EE ID: 1320   DD

GARY J NICHOLS  
1236 CULLMAN SHOPPING CENTER  
NW  
CULLMAN AL 35055

BMO BANK NATIONAL ASSOCIATION  
PAYABLE IF DESIRED AT:  
ALL BMO BANK NATIONAL ASSOCIATION BANKS

## PERSONAL AND CHECK INFORMATION
Gary J Nichols  
1236 Cullman Shopping Center  
NW  
Cullman, AL 35055  
**Employee ID:** 1320

**Home Department:** 8505 Nichols

**Pay Period:** 10/05/25 to 10/18/25  
**Check Date:** 10/23/25   **Check #:** 9792

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 0.00 | 6856.87 |
| Chkg 002 | 175.00 | 25175.00 |
| Chkg 166 | 1352.92 | 5676.60 |
| Chkg 215 | 0.00 | 33042.16 |
| **NET PAY** | **1527.92** | **70750.63** |

### ADDITIONAL INFORMATION
Vacation Time Allowed  160  
Sick Time Allowed  24

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 1592.0000 | 68696.80 |
| | Commission | | | 2133.00 | | 26472.00 |
| | Holiday | | | | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | | | | 80.0000 | 3474.13 |
| | Total Hours | | | | 1760.0000 | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 2133.00 | | 102434.16 |

### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | | | 173.63 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 132.25 | 6161.48 |
| Medicare | | 30.93 | 1440.99 |
| Fed Income Tax | Override 17% | 362.61 | 16864.83 |
| AL Income Tax | S 0 | 79.29 | 3821.07 |
| **TOTAL** | | **605.08** | **28288.37** |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | | 166.00 |
| Dental | | 137.00 |
| Med FSA EE | | 800.00 |
| Medical | | 2232.76 |
| Vision | | 59.40 |
| **TOTAL** | | **3395.16** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1527.92 | 70750.63 |

0943 7014-0071  GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI 53045

GUHRING INC
1445 Commerce Ave
BROOKFIELD WI 53045

7014-0071
ORG1:8505 Nichols
EE ID: 1320    DD

GARY J NICHOLS
1236 CULLMAN SHOPPING CENTER
NW
CULLMAN AL  35055

BMO BANK NATIONAL ASSOCIATION
PAYABLE IF DESIRED AT:
ALL BMO BANK NATIONAL ASSOCIATION BANKS

**PERSONAL AND CHECK INFORMATION**
Gary J Nichols
1236 Cullman Shopping Center
NW
Cullman, AL  35055
Employee ID:  1320

Home Department: 8505 Nichols

Pay Period: 10/05/25 to 10/18/25
Check Date: 10/23/25    Check #: 9791

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 0.00 | 6856.87 |
| Chkg 002 | 175.00 | 25000.00 |
| Chkg 166 | 2245.88 | 4323.68 |
| Chkg 215 | 0.00 | 33042.16 |
| **NET PAY** | **2420.88** | **69222.71** |

**ADDITIONAL INFORMATION**

Vacation Time Allowed  160
Sick Time Allowed  24

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 80.00 hrs | 80.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 64.0000 | 44.8050 | 2867.52 | 1592.0000 | 68696.80 |
| | Commission | | | | | 24339.00 |
| | Holiday | | | | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | 16.0000 | 44.8050 | 716.88 | 80.0000 | 3474.13 |
| | Total Hours | 80.0000 | | | 1760.0000 | |
| | Total Hrs Worked | 64.0000 | | | | |
| | Gross Earnings | | | 3584.40 | | 100301.16 |

**OTHER ITEMS** Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | 8.57 | | 173.63 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 211.32 | 6029.23 |
| Medicare | | 49.42 | 1410.06 |
| Fed Income Tax | Override 17% | 577.95 | 16502.22 |
| AL Income Tax | S 0 | 131.86 | 3741.78 |
| **TOTAL** | | 970.55 | 27683.29 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | 8.30 | 166.00 |
| Dental | 7.80 | 137.00 |
| Med FSA EE | 50.00 | 800.00 |
| Medical | 123.90 | 2232.76 |
| Vision | 2.97 | 59.40 |
| **TOTAL** | 192.97 | 3395.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2420.88 | 69222.71 |

Payrolls by Paychex, Inc.
0943 7014-0071  GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI  53045

GUHRING INC
1445 Commerce Ave
BROOKFIELD WI 53045

7014-0071
ORG1:8505 Nichols
EE ID: 1320      DD

GARY J NICHOLS
1236 CULLMAN SHOPPING CENTER
NW
CULLMAN AL  35055

BMO BANK NATIONAL ASSOCIATION
PAYABLE IF DESIRED AT:
ALL BMO BANK NATIONAL ASSOCIATION BANKS

**PERSONAL AND CHECK INFORMATION**
Gary J Nichols
1236 Cullman Shopping Center
NW
Cullman, AL 35055
**Employee ID:** 1320

**Home Department:** 8505 Nichols

**Pay Period:** 09/21/25 to 10/04/25
**Check Date:** 10/09/25   **Check #:** 9430

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 0.00 | 6856.87 |
| Chkg 002 | 175.00 | 24825.00 |
| Chkg 166 | 2077.80 | 2077.80 |
| Chkg 215 | 70.00 | 33042.16 |
| **NET PAY** | **2322.80** | **66801.83** |

**ADDITIONAL INFORMATION**

Vacation Time Allowed  160
Sick Time Allowed  24

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 64.00 hrs | 96.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.0000 | 43.0820 | 3446.56 | 1528.0000 | 65829.28 |
| | Commission | | | | | 24339.00 |
| | Holiday | | | | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | | | | 64.0000 | 2757.25 |
| | Total Hours | 80.0000 | | | 1680.0000 | |
| | Total Hrs Worked | 80.0000 | | | | |
| | Gross Earnings | | | 3446.56 | | 96716.76 |

**OTHER ITEMS** Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | 7.86 | | 165.06 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 202.72 | 5817.91 |
| Medicare | | 47.41 | 1360.64 |
| Fed Income Tax | Override 17% | 554.52 | 15924.27 |
| AL Income Tax | S 0 | 126.14 | 3609.92 |
| **TOTAL** | | **930.79** | **26712.74** |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | 8.30 | 157.70 |
| Dental | 7.80 | 129.20 |
| Med FSA EE | 50.00 | 750.00 |
| Medical | 123.90 | 2108.86 |
| Vision | 2.97 | 56.43 |
| **TOTAL** | **192.97** | **3202.19** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2322.80 | 66801.83 |

Payrolls by Paychex, Inc.
0943 7014-0071  GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI 53045

GUHRING INC  
1445 Commerce Ave  
BROOKFIELD WI 53045

7014-0071  
ORG1:8505 Nichols  
EE ID: 1320    DD

GARY J NICHOLS  
1236 CULLMAN SHOPPING CENTER  
NW  
CULLMAN AL 35055

BMO BANK NATIONAL ASSOCIATION  
PAYABLE IF DESIRED AT:  
ALL BMO BANK NATIONAL ASSOCIATION BANKS

## PERSONAL AND CHECK INFORMATION
Gary J Nichols  
1236 Cullman Shopping Center  
NW  
Cullman, AL 35055  
Employee ID: 1320

Home Department: 8505 Nichols

Pay Period: 09/07/25 to 09/20/25  
Check Date: 09/25/25    Check #: 9042

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 250.00 | 6856.87 |
| Chkg 002 | 850.00 | 24650.00 |
| Chkg 215 | 160.92 | 32972.16 |
| NET PAY | 1260.92 | 64479.03 |

### ADDITIONAL INFORMATION
Vacation Time Allowed: 160  
Sick Time Allowed: 24

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 64.00 hrs | 96.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | | 1448.0000 | 62382.72 |
| | Commission | | | 1758.00 | | 24339.00 |
| | Holiday | | | | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | | | | 64.0000 | 2757.25 |
| | Total Hours | | | | 1600.0000 | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 1758.00 | | 93270.20 |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | | | 157.20 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 109.00 | 5615.19 |
| Medicare | | 25.49 | 1313.23 |
| Fed Income Tax | Override 17% | 298.86 | 15369.75 |
| AL Income Tax | S 0 | 63.73 | 3483.78 |
| TOTAL | | 497.08 | 25781.95 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | | 149.40 |
| Dental | | 121.40 |
| Med FSA EE | | 700.00 |
| Medical | | 1984.96 |
| Vision | | 53.46 |
| TOTAL | | 3009.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1260.92 | 64479.03 |

0943 7014-0071  GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI 53045

GUHRING INC  
1445 Commerce Ave  
BROOKFIELD WI 53045

7014-0071  
ORG1:8505 Nichols  
EE ID: 1320    DD

GARY J NICHOLS  
1236 CULLMAN SHOPPING CENTER  
NW  
CULLMAN AL  35055

BMO BANK NATIONAL ASSOCIATION  
PAYABLE IF DESIRED AT:  
ALL BMO BANK NATIONAL ASSOCIATION BANKS

### PERSONAL AND CHECK INFORMATION
Gary J Nichols  
1236 Cullman Shopping Center  
NW  
Cullman, AL  35055  
Employee ID: 1320

Home Department: 8505 Nichols

Pay Period: 09/07/25 to 09/20/25  
Check Date: 09/25/25    Check #: 9041

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 250.00 | 6606.87 |
| Chkg 002 | 850.00 | 23800.00 |
| Chkg 215 | 1222.80 | 32811.24 |
| **NET PAY** | **2322.80** | **63218.11** |

### ADDITIONAL INFORMATION

Vacation Time Allowed   160  
Sick Time Allowed   24

### TIME OFF (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 64.00 hrs | 96.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 80.0000 | 43.0820 | 3446.56 | 1448.0000 | 62382.72 |
| | Commission | | | | | 22581.00 |
| | Holiday | | | | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | | | | 64.0000 | 2757.25 |
| | Total Hours | 80.0000 | | | 1600.0000 | |
| | Total Hrs Worked | 80.0000 | | | | |
| | Gross Earnings | | | 3446.56 | | 91512.20 |

### OTHER ITEMS
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | 7.86 | | 157.20 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 202.72 | 5506.19 |
| Medicare | | 47.41 | 1287.74 |
| Fed Income Tax | Override 17% | 554.52 | 15070.89 |
| AL Income Tax | S 0 | 126.14 | 3420.05 |
| **TOTAL** | | **930.79** | **25284.87** |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | 8.30 | 149.40 |
| Dental | 7.80 | 121.40 |
| Med FSA EE | 50.00 | 700.00 |
| Medical | 123.90 | 1984.96 |
| Vision | 2.97 | 53.46 |
| **TOTAL** | **192.97** | **3009.22** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2322.80 | 63218.11 |

0943 7014-0071   GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI  53045

GUHRING INC  
1445 Commerce Ave  
BROOKFIELD WI 53045

7014-0071  
ORG1:8505 Nichols  
EE ID: 1320      DD

GARY J NICHOLS  
1236 CULLMAN SHOPPING CENTER  
NW  
CULLMAN AL  35055

BMO BANK NATIONAL ASSOCIATION  
PAYABLE IF DESIRED AT:  
ALL BMO BANK NATIONAL ASSOCIATION BANKS

**PERSONAL AND CHECK INFORMATION**  
Gary J Nichols  
1236 Cullman Shopping Center  
NW  
Cullman, AL  35055  
Employee ID: 1320

Home Department: 8505 Nichols

Pay Period: 08/24/25 to 09/06/25  
Check Date: 09/11/25     Check #: 8678

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 907 | 250.00 | 6356.87 |
| Chkg 002 | 850.00 | 22950.00 |
| Chkg 215 | 1222.79 | 31588.44 |
| NET PAY | 2322.79 | 60895.31 |

**ADDITIONAL INFORMATION**

Vacation Time Allowed    160  
Sick Time Allowed    24

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | AVAL BAL |
|---|---|---|
| Vacation | 64.00 hrs | 96.00 hrs |
| DESCRIPTION | AMT TAKEN | AVAL BAL |
| Sick | 16.00 hrs | 8.00 hrs |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | 72.0000 | 43.0820 | 3101.90 | 1368.0000 | 58936.16 |
| | Commission | | | | | 22581.00 |
| | Holiday | 8.0000 | 43.0820 | 344.66 | 64.0000 | 2757.26 |
| | Last YrVac | | | | 8.0000 | 344.66 |
| | Sick | | | | 16.0000 | 689.31 |
| | Vacation | | | | 64.0000 | 2757.25 |
| | Total Hours | 80.0000 | | | 1520.0000 | |
| | Total Hrs Worked | 72.0000 | | | | |
| | Gross Earnings | | | 3446.56 | | 88065.64 |

**OTHER ITEMS**  
Do not increase Net Pay

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Group Term Life | | | 7.86 | | 149.34 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 202.73 | 5303.47 |
| Medicare | | 47.41 | 1240.33 |
| Fed Income Tax | Override 17% | 554.52 | 14516.37 |
| AL Income Tax | S 0 | 126.14 | 3293.91 |
| TOTAL | | 930.80 | 24354.08 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Accident | 8.30 | 141.10 |
| Dental | 7.80 | 113.60 |
| Med FSA EE | 50.00 | 650.00 |
| Medical | 123.90 | 1861.06 |
| Vision | 2.97 | 50.49 |
| TOTAL | 192.97 | 2816.25 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 2322.79 | 60895.31 |

0943 7014-0071   GUHRING INC • 1445 Commerce Ave • BROOKFIELD WI  53045