IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE:                                                            CHAPTER 7

GARY JOSEPH NICHOLS                   CASE NO.: 25-82255-CRJ-7
SSN: xxx-xx-5884

       Debtor.

## SUBMISSION OF DEBTOR'S AMENDED SCHEDULES "A/B" AND "C"

      COMES NOW the Debtor, GARY JOSEPH NICHOLS, and hereby submits his Amended Schedules "A/B" and "C" in his Chapter 7 Bankruptcy case and would show unto this Court as follows:

1.      The Debtor is amending Schedule "A/B" at "Part 1, Item number 1.3" to reflect the correct zip code on the real property listed as La Grange, IL. The real property is located in Jupiter, Florida, county of Palm Beach.

2.      The Debtor is amending Schedule "C" at "Part 1, item number 2 to show the corrected zip code on the real property that is actually located in Jupiter, Florida.

3.      Attached hereto are the Amended Schedules "A/B" and "C" which the Debtor prays would be incorporated by this Court in addition to the previously submitted schedules.

      WHEREFORE, THE FOREGOING PREMISES CONSIDERED, the Debtor, GARY JOSEPH NICHOLS, hereby submits his Amended Schedules "A/B" and "C" and would pray this Court would accept same in addition to the previously submitted schedules.

                                                          /s/ Gary Joseph Nichols
                                                          GARY JOSEPH NICHOLS, Debtor


                                                          /s/ G. John Dezenberg, Jr.
                                                          G. JOHN DEZENBERG, JR.
                                                          Attorney for Debtor
                                                          DEZENBERG & SMITH, P.C.
                                                          2700 Winchester Road, Suite G
                                                          Huntsville, Alabama 35811
                                                          Phone: (256) 533-5097

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 3, 2025, a copy of the foregoing has been served upon the following by depositing copies of same in the United States mail, properly addressed and postage prepaid, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a Notice of Electronic Filing.

Melissa Mitchell
Chapter 7 Trustee
521 Madison St., Ste 201
Huntsville, AL 35801

And to all parties listed on the Debtor's Mailing Matrix as attached hereto.

/s/ G. John Dezenberg, Jr.
G. JOHN DEZENBERG, JR.

```
Label Matrix for local noticing         Ally Bank c/o AIS Portfolio Services, LLC    Southern Lease Management Group, LLC
1126-5                                  4515 N Santa Fe Ave. Dept. APS               P.O. Box 215
Case 25-82255-CRJ7                      Oklahoma City, OK 73118-7901                 Halls, TN 38040-0215
NORTHERN DISTRICT OF ALABAMA
Huntsville
Wed Dec  3 14:11:00 CST 2025

U. S. Bankruptcy Court                  ATFH Real Property, LLC                     Advanced Cardiovascular Consultants
400 Gallatin Street SW, Room 1320       801 Maplewood Dr., Unit 4                   c/o Transworld Systems
Huntsville, AL 35801-4913               Jupiter, FL 33458-8800                       PO Box 15520
                                                                                     Wilmington, DE 19850-5520


Ally Financial                          American Express                             American Express
P.O. Box 8132                           PO Box 6031                                  PO Box 981537
Cockeysville, MD 21030-8132             Carol Stream, IL 60197-6031                  El Paso, TX 79998-1537


American Tax Funding Servicing, LLC     American Tax Funding, LLC                    American Tax Holding, LLC
801 Maplewood Dr., Unit 4               801 Maplewood Dr., Unit 4                    801 Maplewood Dr., Unit 4
Jupiter, FL 33458-8800                  Jupiter, FL 33458-8800                       Jupiter, FL 33458-8800


Citi                                    Cotton State Barns                           Discover Card
P.O. Box 6217                           a division of CTH Rentals                    PO Box 30939
Sioux Falls, SD 57117-6217              PO Box 215                                   Salt Lake City, UT 84130-0939
                                        Halls, TN 38040-0215


(p)DISCOVER FINANCIAL SERVICES LLC      Florida Vision Institute, Inc.               Horton Law Group, P.A.
PO BOX 3025                             c/o Wakefield                                4800 N. Federal Hwy, Ste 103B
NEW ALBANY OH 43054-3025                Compliance Team Dept. #888640                Boca Raton, FL 33431-3412
                                        Knoxville, TN 37995-0001


Hugh M. Palmer                          JPMCB Card Services                          Lowe's
Attorney at Law                         PO Box 15369                                 PO Box 669821
PO Box 2187                             Wilmington, DE 19850-5369                    Dallas, TX 75266-0775
Winter Park, FL 32790-2187


Mahindra Finance, LLC                   (p)PNC BANK RETAIL LENDING                   Tractor Supply Co.
1001 Birchwood Ct.                      P O BOX 94982                                PO Box 689182
Johnston, IA 50131-2889                 CLEVELAND OH 44101-4982                      Des Moines, IA 50368-9182


(p)UPGRADE  INC                         G. John Dezenberg Jr.                        Gary Joseph Nichols
N CENTRAL AVE                           Dezenberg & Smith, P.C.                      2707 County Road 1043
10TH FLOOR                              2700 Winchester Road                         Cullman, AL 35057-5503
PHOENIX AZ 85004-4422                   Suite G
                                        Huntsville, AL 35811-9230


Melissa W. Mitchell
Chapter 7 Trustee
217 9th Ave.
Ste 14
Huntsville, AL 35805-3407
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| iscover Platinum<br>) Box 30954<br>alt Lake City, UT 84130 | PNC Bank<br>PO Box 5580<br>Cleveland, OH 44101 | Upgrade, Inc.<br>2 N Central Ave.<br>Phoenix, AZ 85004 |

```
id of Label Matrix
ailable recipients   27
ypassed recipients    0
otal                 27
```

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Gary | Joseph | Nichols |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | | |
| Case number (if known) | 25-82255-7 | | |

☒ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B................................................................. $ 72,086.60
   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $ 144,659.26
   1c. Copy line 63, Total of all property on Schedule A/B................................................................. $ 216,745.86

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of Schedule D... $ 54,370.07
3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............. $ 0.00
   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........... $ 4,071,444.54

   Your total liabilities $ 4,125,814.61

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*............................................... $ 6,399.33
5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*....................................................... $ 6,398.65

### Part 4: Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes
7. What kind of debt do you have?
   ☒ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $ 9,442.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Gary Joseph Nichols | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA | |
| Case number | 25-82255-7 | ■ Check if this is an amended filing |

Official Form 106A/B
# Schedule A/B: Property                                                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**2707 County Road 1043**
Street address, if available, or other description

**Cullman      AL      35057-0000**
City          State   ZIP Code

**Cullman**
County

What is the property? Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
■ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**1993 Mobile Home and 6.6 acres**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?     Current value of the portion you own?
**$99,700.00**                              **$49,850.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**One-half Interest**

☐ Check if this is community property (see instructions)

Official Form 106A/B                    Schedule A/B: Property                    page 1

| Debtor 1 | Gary Joseph Nichols | | | Case number *(if known)* | 25-82255-7 |

**If you own or have more than one, list here:**

**1.2**

Lofted barn located at
2707 County Road 1043
*Street address, if available, or other description*

| Cullman | AL | 35057-0000 |
|---|---|---|
| City | State | ZIP Code |

Cullman
*County*

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☒ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

12 x 30 Lofted Barn

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,236.60 | $6,236.60 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee Interest**

☐ Check if this is community property
*(see instructions)*

---

**1.3 If you own or have more than one, list here:**

6595 Wood Lake Rd.
*Street address, if available, or other description*

| Jupiter | FL | 33458-0000 |
|---|---|---|
| City | State | ZIP Code |

Palm Beach
*County*

**What is the property?** Check all that apply
- ☒ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $16,000.00 | $16,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Contractural Marital Interest**

☐ Check if this is community property
*(see instructions)*

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................................=> **$72,086.60**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

3.1 Make: Ford
    Model: F250
    Year: 2012
    Approximate mileage: 205,000
    Other information:
    body damage in rear of truck

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

   Current value of the entire property?  $8,100.00
   Current value of the portion you own?  $8,100.00

3.2 Make: Buick
    Model: Encore
    Year: 2024
    Approximate mileage:
    Other information:

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property?  $26,000.00
   Current value of the portion you own?  $26,000.00

3.3 Make: Mahindra
    Model: Tractor
    Year: 2022
    Approximate mileage:
    Other information:
    Package included implements for tractor and trailer

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property?  $21,550.00
   Current value of the portion you own?  $21,550.00

3.4 Make:
    Model: 7 1/2' x 20'
    Year: 2019
    Approximate mileage:
    Other information:
    Enclosed Trailer - missing rock guard, needs repair

   Who has an interest in the property? Check one
   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property
   (see instructions)

   Current value of the entire property?  $1,200.00
   Current value of the portion you own?  $1,200.00

4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   $56,850.00

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

Official Form 106A/B                        Schedule A/B: Property                              page 3

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Living Room Furniture | $100.00 |
| Dining Room Furniture | $100.00 |
| Bedroom Furniture | $100.00 |
| Washer/Dryer | $150.00 |
| Refrigerator | $100.00 |
| Microwave | $25.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Televisions (3) | $300.00 |
| Laptop Computer | $100.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ■ Yes. Describe.....

| | |
|---|---|
| Books | $25.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | |
|---|---|
| .9mm Diamond Back Pistol, AR-15 Sig Rifle, .12 Browning Shotgun, .22 Sears Rifle, SKS Chinese Assault Rifle | $900.00 |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

|  |  |
|---|---|
| Clothing | $100.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

|  |  |
|---|---|
| Limited Jewelry | $25.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................  $2,025.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking Account and Money Market Account | PNC Bank | $41.00 |
| 17.2. | Checking Account | Chase | $1.95 |
| 17.3. | Checking and Savings Accounts | Space Coast Credit Union | $1,227.25 |
| 17.4. | Checking Account | Eva Bank | $144.85 |
| 17.5. | (2) CD's | Eva Bank | $2,129.21 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☒ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☒ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☒ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) plan | Fidelity | $82,000.00 |
| 401(k) plan | Guhring | $240.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes. Give specific information about them...

Money or property owed to you?                                             Current value of the portion you own?
                                                                            Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    
    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here............................................................................................................. **$85,784.26**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Gary Joseph Nichols**                          Case number *(if known)*    25-82255-7

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    
    ☒ No
    ☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................     $0.00

### Part 8:    List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. Part 1: Total real estate, line 2 ........................................................... | | $72,086.60 |
| 56. Part 2: Total vehicles, line 5 | $56,850.00 | |
| 57. Part 3: Total personal and household items, line 15 | $2,025.00 | |
| 58. Part 4: Total financial assets, line 36 | $85,784.26 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54    + | $0.00 | |
| 62. **Total personal property.** Add lines 56 through 61... | $144,659.26    Copy personal property total ➔ | $144,659.26 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $216,745.86 |

Debtor 1: Gary Joseph Nichols
(First Name) (Middle Name) (Last Name)

Debtor 2:
(Spouse if, filing) (First Name) (Middle Name) (Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): 25-82255-7

☐ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt  4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| 2707 County Road 1043 Cullman, AL 35057 Cullman County<br>1993 Mobile Home and 6.6 acres<br>Line from Schedule A/B: **1.1** | $49,850.00 | ☒ $18,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-2, 6-10-3, 6-10-4, 6-10-12; Const. Art. X, § 205 |
| Lofted barn located at 2707 County Road 1043 Cullman, AL 35057 Cullman County<br>12 x 30 Lofted Barn<br>Line from Schedule A/B: **1.2** | $6,236.60 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| 6595 Wood Lake Rd. Jupiter, FL 33458 Palm Beach County<br>Line from Schedule A/B: **1.3** | $16,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| 2012 Ford F250 205,000 miles body damage in rear of truck<br>Line from Schedule A/B: **3.1** | $8,100.00 | ☒ $8,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |
| 2024 Buick Encore<br>Line from Schedule A/B: **3.2** | $26,000.00 | ☒ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ala. Code §§ 6-10-6, 6-10-12 |

| Debtor 1 Gary Joseph Nichols | | | Case number (if known) 25-82255-7 | |
|---|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
| 2022 Mahindra Tractor Package included implements for tractor and trailer<br>Line from Schedule A/B: 3.3 | $21,550.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2019 7 1/2' x 20' Enclosed Trailer - missing rock guard, needs repair<br>Line from Schedule A/B: 3.4 | $1,200.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Living Room Furniture<br>Line from Schedule A/B: 6.1 | $100.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Dining Room Furniture<br>Line from Schedule A/B: 6.2 | $100.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Bedroom Furniture<br>Line from Schedule A/B: 6.3 | $100.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Washer/Dryer<br>Line from Schedule A/B: 6.4 | $150.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Refrigerator<br>Line from Schedule A/B: 6.5 | $100.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Microwave<br>Line from Schedule A/B: 6.6 | $25.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Televisions (3)<br>Line from Schedule A/B: 7.1 | $300.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Laptop Computer<br>Line from Schedule A/B: 7.2 | $100.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Books<br>Line from Schedule A/B: 8.1 | $25.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | Gary Joseph Nichols | | Case number (if known) | 25-82255-7 |
|---|---|---|---|---|
| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | | Specific laws that allow exemption |
| .9mm Diamond Back Pistol, AR-15 Sig Rifle, .12 Browning Shotgun, .22 Sears Rifle, SKS Chinese Assault Rifle<br>Line from Schedule A/B: **10.1** | $900.00 | ■ | $900.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Clothing<br>Line from Schedule A/B: **11.1** | $100.00 | ■ | $100.00 | Ala. Code §§ 6-10-6, 6-10-126(a)(2) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Limited Jewelry<br>Line from Schedule A/B: **12.1** | $25.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Checking Account and Money Market Account: PNC Bank<br>Line from Schedule A/B: **17.1** | $41.00 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Checking Account: Chase<br>Line from Schedule A/B: **17.2** | $1.95 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Checking and Savings Accounts: Space Coast Credit Union<br>Line from Schedule A/B: **17.3** | $1,227.25 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| Checking Account: Eva Bank<br>Line from Schedule A/B: **17.4** | $144.85 | ■ | $0.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| (2) CD's: Eva Bank<br>Line from Schedule A/B: **17.5** | $2,129.21 | ■ | $400.00 | Ala. Code §§ 6-10-6, 6-10-12 |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 401(k) plan: Fidelity<br>Line from Schedule A/B: **21.1** | $82,000.00 | ■ | $82,000.00 | 11 U.S.C. § 522(b)(3)(C) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |
| 401(k) plan: Guhring<br>Line from Schedule A/B: **21.2** | $240.00 | ■ | $240.00 | 11 U.S.C. § 522(b)(3)(C) |
| | | ☐ 100% of fair market value, up to any applicable statutory limit | | |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ■ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No
     - ☐ Yes

**Fill in this information to identify your case:**

Debtor 1: **Gary Joseph Nichols**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse if, filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): 25-82255-7

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Gary Joseph Nichols         X _____
Gary Joseph Nichols                  Signature of Debtor 2
Signature of Debtor 1

Date December 3, 2025              Date _____

Official Form 106Dec      Declaration About an Individual Debtor's Schedules