IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| GARY JOSEPH NICHOLS, ) | Case No.: 25-82255-CRJ7 |
| SSN: xxx-xx-5884 ) | |
| ) | Chapter 7 |
| Debtor, ) | |
| ) | |

## MOTION FOR EXAMINATION OF
## DEBTOR PURSUANT TO RULE 2004

COME NOW American Tax Funding, LLC; America Tax Funding Servicing, LLC; American Tax Holding, LLC; and ATFH Real Property, LLC ("Movants"), by and through thier undersigned counsel and pursuant to *Fed. R. Bankr. P.* 2004, respectfully request this Honorable Court to enter an order authorizing the examination of Debtor Gary Joseph Nichols ("Nichols") as well as the production of documents requested herein and state the following in support thereof:

1. Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code in this district and division on November 3, 2025.

2. Movants are creditors in this case and therefore are parties in interest within the meaning of *Fed. R. Bankr. P.* 2004.

3. Pre-petition Movants filed suit in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, against Debtor and his now ex-wife Michele Arlene Nichols, Kyle T. Gosiewski, and the Nichols' business MRN Equestrian, LLC, Case No. 50-2021-CA-013973.

4. On April 24, 2025, Movants obtained a judgment in the amount of $1,453,317.24, plus attorneys' fees, against Michele Nichols and were in the process of obtaining a judgment against Debtor Nichols when he filed his Chapter 7 bankruptcy Petition.

5. The Movants possess information which they assert establishes that Debtor Nichols was a willing participant and co-conspirator with Michele Nichols in embezzling funds from Movants.

6. Movant desires to examine Debtor Nichols as to his acts, conduct, property or liabilities and financial condition of the Debtor as well as all matters that may affect Debor's right to receive a discharge including the events that give rise to their claim in this case as permitted pursuant to Rule 2004(b) of the Federal Bankruptcy Rules.

7. Movants further request that the Debtor Nichols be required to produce those records and documents shown on the attached Exhibit "A" within seven (7) business days prior to the examination as authorized by Rule 2004(c) and 9016 of the Federal Bankruptcy Rules.

8. Movants request this Honorable Court to enter an Order requiring Nichols to appear for examination of a date which is mutually satisfactory to the parties but in any event not later than 30 days from the date of the Order granting the examination.

WHEREFORE PREMISES CONSIDERED, Movants respectfully request that this Honorable Court enter an Order under *Fed. R. Bankr. P.* 2004 requiring Debtor Gary Nichols to produce the records requested on Exhibit "A" and to appear at a designated time and place for examination and Movants further request that this Honorable Court grant them any further and additional relief to which they are justly entitled.

Respectfully submitted on this the 21st day of January, 2026.

/s/ Kevin D. Heard
Kevin D. Heard

Of Counsel:
HEARD, ARY & DAURO, LLC
303 Williams Avenue SW
Park Plaza, Suite 921
Huntsville, Alabama 35801
Phone: (256) 535-0817
kheard@heardlaw.com

# CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of January, 2026, I served a copy of the foregoing **Motion for Rule 2004 Examination** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Notice will be electronically mailed to:**
G. John Dezenberg, Jr., for Debtor dezlaw@bellsouth.net
Melissa W. Mitchell, Chapter 7 Trustee trustee@melissalegal.com, mwlarsen67@gmail.com;

**Notice will not be electronically mailed to:**
Gary Joseph Nichols
2707 County Road 1043
Cullman, AL 35057

                    */s/ Kevin D. Heard*
                    Kevin D. Heard

# EXHIBIT "A"
## DEFINITIONS OF TERMS

For purposes of the Notice of Rule 2004 Examination Duces Tecum, attached hereto, the following words shall have the meanings indicated below:

1. "Copies" of documents includes, but is not limited to, duplicates or counterparts of any original produced from the same impression or process as the original by carbon or other chemical or substance or process; negative and positive film and prints of an original or copy of reproductions and facsimiles of an original or copy, whether or not the same size, produced by photographic, micro-photographic, photostatic, xerographic, electronic, computerized, or mechanized process, or by any other process, and enlargement and reductions thereof; and the data or other information comprising a record stored or transmitted as provided in the preceding definition of "Record," and the visible data or other information generated or regenerated or transmitted by such information storage or retrieval or transmission system or device, if it is legible or can be made legible by enlargement or other process.

2. "Debtor" is intended to and shall mean the Debtor listed in the above styled case herein, in addition, his attorneys, accountants, agents, servants, associates, employees, representatives, investigators, and others who are or who have been in possession of or may have obtained information for or on behalf of him with respect to any matter referred to in the pleadings in the above styled case.

3. "Document" includes each and every original and copy of any written, recorded, or graphic matters, however produced or reproduced and regardless of where located, including but not limited to any summary, schedule, memorandum, note, statement, letter, email, telegraph, inter or intra-office communication, report, diary, desk or pocket calendar or notebook, day book, appointment book, pamphlet, periodical, work sheet, list, graph, chart, index, tape, record, drawing, partial or complete report of telephone or oral conversation, compilation, tabulation, computer-stored memory component or device, study, analysis, transcript, minutes, data sheet, data processing card or tape, phone-records, and all memorials of any conversations, meetings or conferences, by telephone or otherwise, and any other writing or recording in the possession, custody or control of Debtor, or his attorneys. The term "document" shall also include the files in which any documents are maintained, including file folders or file jackets, and adjacent or related exhibit folders in which any documents are filed or maintained.

4. "Interest" shall be deemed to include corporation, limited partnership, general partnership, limited liability company, joint venture, limited liability partnership, professional association, or other entity, regardless of whether such Interest was ever formed, transacted or open for business, in which (a) you held or had the right to purchase or acquire an ownership interest, whole or fractional, (b) you provided consulting, investment, marketing or other advice, (c) you were an officer, director, shareholder, partner, consultant, investor, adviser, managing executive, managing

agent, person in control, or (d) you considered becoming an owner, investor, partner, shareholder, director, officer, managing executive or agent, adviser, or consultant.

5. "Materials" shall be deemed to include all documents, letters, memoranda, notes and any other written communication and written notes of all oral communications, whether in person or by telephone, and every record of every type, including but not limited to, information stored on any electromagnetic storage device, any written, printed, typed, recorded, or graphic matter, however produced or reproduced or stored, in the possession, custody or control of Debtor, all drafts, notes, or preparatory material concerned with said document, and every additional copy of such record or document where such copy contains any commentary, notations, or other change whatsoever that does not appear on the original or other copy of the document produced. Also included in this definition is any summary of a document or documents called for hereafter. It is requested that all documents be produced in the manner they are kept in the ordinary course of business.

6. "Petition Date" shall mean the date of filing of the original petition in the above-styled case.

7. "Record" includes but is not limited to each and every book of account and other books of every kind, journals, ledgers, statements, instruments, files, email, messages, writings of every kind, and other internal or other data and other information of every description made or received by you in the regular course of business or otherwise, regardless of the mode in which it is recorded; the original of any such record includes the data or other information comprising a record stored or transmitted in or by means of any electronic, computerized, mechanized, or other information storage or retrieval or transmission system or device which can upon request generate, regenerate, or transmit the precise data or other information comprising the record, and an original also includes the visible data or other information so generated, regenerated, or transmitted if it is legible or can be made legible by enlargement or other process.

8. "You" or "Your" means the Deponent named herein above, including, but not limited to, his/her agents, employees or other servants, attorneys, representatives of any kind, and any other person or entity acting on behalf or for the benefit of Deponent.

## INSTRUCTIONS

In responding to the Notice of Rule 2004 Examination Duces Tecum, you are required to produce those materials within your custody or control, and in addition, those in the possession of or obtainable by your attorneys, investigators, adjusters, insurance carriers, representatives, agents or anyone acting on your behalf or on their behalf.

If, in responding to the Subpoena Duces Tecum, you withhold production of any document on the ground of a privilege not to disclose the document, please state with respect to each such document: (a) The type of document involved and a general description of the context of the document; (b) The name, business and residence addresses and telephone numbers, and any position of the individual from whom the document emanated; (c) The name, business, and residence address and

telephone numbers and positions of each individual to whom the document or copy of the document was sent; (d) The privilege upon which Debtor, relies in withholding the document; (e) The facts upon which Debtor, relies on support of his claim that they were privileged to withhold the document or documents; and, (f) the names, business and residence address and telephone numbers, and positions or occupations of individuals known or believed by the Debtor, to have knowledge concerning the factual basis for the Debtor's assertion of privilege with regard to the document.

## **TIME LIMITATION**

This request, in the form of a Notice of Rule 2004 Examination is a continuing one and if, after producing documents, should Debtor obtain or become aware of any further documents responsive to this request, it is requested that the undersigned attorney be contacted immediately and that Deponent produce such further documents at the offices of Heard Ary & Dauro, LLC 303 Williams Avenue.

**ALL DOCUMENTS ARE TO BE PRODUCED ONLY VIA ELECTRONIC MEANS; I.E. DROPBOX, EMAIL, THUMB DRIVE, ETC.**

**All documents requested are for the period 2 years prior to the petition date through to present unless otherwise stated.**

1. A complete copy of all US individual Income Tax Returns;

2. A complete copy of all personal financial statements or loan applications prepared by you or others on your behalf, whether for personal use, or issued to banks, other financial institutions, credit card issuers or third parties;

3. All bank account statements, cancelled checks, etc. standing in your name, or jointly with another, or in the name of another, to which you may make deposits and take withdrawals, located anywhere in the world;

4. All other monetary accounts standing in your name, jointly with another, or in the name of another, to which you have access to include: savings account, certificates of deposits, or other monetary instruments, located anywhere in the world;

5. All brokerage statements standing in your name, jointly with another, or in the name of another in which you have an interest, located anywhere in the world;

6. All insurance policies presently in force, including but not limited to the following;
    a. Life insurance, to include cash value or borrowings;
    b. Homeowner policies to include scheduled items;

c. Automobile policies;
        d. Umbrella policies;
        e. Disability/income policies;
        f. Any insurance policy in which you have an interest of any nature, not identified above;
        g. Any document requesting a change in coverage for the above listed policies;

7. Titles to all real property owned by you, or jointly with another, or in the name of another in which you may have an interest, located anywhere in the world;

8. Titles or registrations for motor vehicles, aircraft, motorcycles, boats, golf carts, or any other such vehicle, whether titled to you individually, jointly, or in the name of another in which you may have an interest, located anywhere in the world;

9. Copies of all trust documents in which you were the grantor or in which you may have some beneficial interest;

10. Copies of all gift tax returns, IRS Form 706, which you may have filed or caused to be filed on your behalf, for any calendar year since 2015;

11. All current promissory notes to which you are the maker;

12. All current loan documents in which you are the obligor;

13. A schedule of contingent assets that may exist as of the present date giving full particulars;

14. A schedule of contingent liabilities to which you may be exposed to as of the present date giving full particulars;

15. All employment agreements to which you are party or in which you have been a party;

16. All documents recording loans or notes receivable that are due to you as of the current date;

17. All mortgages and mortgage notes to which you are a mortgagee, as of the current date;

18. All documents evidencing transfer of real, intangible or personal property made by you to another that had a value in excess of $1,000;

19. All stock certificates, certificates of membership, in any entity, corporation, limited company, partnership, joint venture in which you have an interest at the present date;

20. Appraisals made of any real property or tangible personal property owned by you, jointly or with another in which you have an interest, located anywhere in the world;

21. Any judgments or recorded claims filed against you as of the present date;

22. Any and all Contracts for safe deposit boxes/vaults or storage facilities;

23. All documentation regarding your ownership of any cryptocurrency including cold vault for storage.

24. Internal Revenue Service audit reports and related correspondence;

25. Any retirement, pension, or profit sharing plans in which you are a party or have an interest in, including plan origination documents, statements evidence value, deposits and disbursements, and any documents evidencing the source of deposits.