IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

IN RE: )
    Gary Joseph Nichols, ) Case No. 17--82951-CRJ-7
    SSN XXX-XX-5884 )
) Chapter 7
    Debtor. )

### REQUEST FOR CASE STATUS CHANGE TO ASSET CASE

COMES NOW, the Chapter 7 Trustee, Melissa W. Mitchell, and respectfully represents:

1. The original Notice of the Meeting of Creditors in the above case indicated that this was a "No Asset Case."

2. In now appears that there may be a possible distribution to creditors. Pursuant to Bankruptcy Rule 2002(e), please change the official record of this case from a no-asset to an asset case.

3. The Trustee requests that a notice be mailed to all creditors, directing that claims be filed and a claims bar date set.

WHEREFORE, THE ABOVE PREMISE CONSIDERED, the Trustee requests that this case be changed to an asset case.

Submitted this 3rd day of February, 2026.

                                              */s/ Melissa W. Mitchell*
                                              Melissa W. Mitchell, Trustee
                                              4217 9th Ave., Ste 14
                                              Huntsville, AL 35805
                                              (256) 970-4217